# EXHIBIT "A"

CIVIL PROCESS REQUEST

CASE NUMBER: _____ CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED: Plaintiff's Original Petition

FILE DATE OF MOTION:

SERVICE TO BE ISSUED ON:

1. NAME: Joey Stapleton
   ADDRESS: 92 Moore rd., Jackson, TN 38301
   AGENT:
   TYPE OF SERVICE: Citation
   SERVICE BY: Private process service: CITATION TO BE COMPLETED THROUGH THE TEXAS TRANSPORTATION COMMISSION. AFTER CITATION HAS BEEN COMPLETED, PLEASE FORWARD IN TE ENCLOSED SELF-ADDRESSED STAMPED ENVELOPE.

2. NAME: s & j Potasnick Transportation, Inc. d/b/a PTI Potasnick Transportation, Inc.
   ADDRESS: 411 Lynual Street, Sikeston, MO 63801
   AGENT: any officer, agent, representative or owner
   TYPE OF SERVICE: Citation
   SERVICE BY: Private process service: CITATION TO BE COMPLETED THROUGH THE SECRETARY OF STATE. AFTER CITATION HAS BEEN COMPLETED, PLEASE FORWARD IN TE ENCLOSED SELF-ADDRESSED STAMPED ENVELOPE.

*************************************************************
ATTORNEY REQUESTING SERVICE:

Jeffrey M. Stern, SBN: 19175660, Stern Law Group, 4909 Bissonnet St., Suite 100, Bellaire, Texas 77401, 713/661-9900, 713/666-5922 Facsimile, jstern@stern-lawgroup.com

CLM# L480522

CAUSE NO. 201320983

RECEIPT NO. 18913     0.00     MTA
04-09-2013     TR # 72894507

PLAINTIFF: VILLALOBOS, GRACY (INDIVIDUALLY AND A/N/F EMMANUEL
vs.
DEFENDANT: STAPLETON, JOEY

In The 333rd
Judicial District Court
of Harris County, Texas
333RD DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: S & J POTASNICK TRANSPORTATION INC (DBA PTI POTASNICK TRANSPORTATION
INC) BY SERVING THE SECRETARY OF STATE OF TEXAS CITATIONS UNIT P O BOX 12079
AUSTIN TEXAS 78711-2079
FORWARD TO: ANY OFFICER AGENT REPRESENTATIVE OR OWNER
411 LYNUAL STREET SIKESTON MO 63801

Attached is a copy of **PLAINTIFF'S ORIGINAL PETITION**

This instrument was filed on the **9th day of April, 2013**, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 10th day of April, 2013, under my hand and seal of said Court.

Issued at request of:
STERN, JEFFREY M.
4909 BISSONNET #100
BELLAIRE, TX 77401
Tel: (713) 661-9900
Bar No.: 19175660

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: SOLIS, ADILIANI A.    4BH/QGT/9542726

---

STATE OF _____
County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | RECEIVED SECRETARY OF STATE APR 25 2013 Service of Process |

a true copy of this notice, with a copy of:

accompanying same, and further, that he is an adult and is in no manner interested in this suit

CAUSE NO. 201320983

| | RECEIPT NO. 18913 | 0.00 | MTA |
|---|---|---|---|
| | 04-09-2013 | | TR # 72894507 |

PLAINTIFF: VILLALOBOS, GRACY (INDIVIDUALLY AND A/N/F EMMANUEL
vs.
DEFENDANT: STAPLETON, JOEY

In The 333rd
Judicial District Court
of Harris County, Texas
333RD DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: S & J POTASNICK TRANSPORTATION INC (DBA PTI POTASNICK TRANSPORTATION INC) BY SERVING THE SECRETARY OF STATE OF TEXAS CITATIONS UNIT P O BOX 12079 AUSTIN TEXAS 78711-2079
FORWARD TO: ANY OFFICER AGENT REPRESENTATIVE OR OWNER
411 LYNUAL STREET  SIKESTON MO 63801

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 9th day of April, 2013, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 10th day of April, 2013, under my hand and seal of said Court.

Issued at request of:
STERN, JEFFREY M.
4909 BISSONNET #100
BELLAIRE, TX 77401
Tel: (713) 661-9900
Bar No.: 19175660

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: SOLIS, ADILIANI A.    4BH/QGT/9542726

STATE OF _____
County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |

RECEIVED
SECRETARY OF STATE
APR 25 2013
Service of Process

true copy of this notice, with a copy of:
accompanying same, and further, that he is an adult and is in no manner interested in this suit

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079



7190 1046 4701 0017 1960

**Return Receipt (Electronic)**

2013226627-1

S & J Potasnick Transportation Inc (DBA PTI Potasnick Transportation Inc)
Any Officer, Agent, Representative, or Owner
411 Lynual Street
Sikeston, MO 63801

CUT / FOLD HERE

CONFIRMED FILE DATE: 5/13/2013

CAUSE NO. 201320983

P3

RECEIPT NO. 18913     0.00     MTA
04-09-2013     TR # 72894507

PLAINTIFF: VILLALOBOS, GRACY (INDIVIDUALLY AND A/N/F EMMANUEL     In The 333rd
vs.     Judicial District Court
DEFENDANT: STAPLETON, JOEY     of Harris County, Texas
333RD DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: S & J POTASNICK TRANSPORTATION INC (DBA PTI POTASNICK TRANSPORTATION
INC) BY SERVING THE SECRETARY OF STATE OF TEXAS CITATIONS UNIT P O BOX 12079
AUSTIN TEXAS 78711-2079
FORWARD TO: ANY OFFICER AGENT REPRESENTATIVE OR OWNER
411 LYNUAL STREET   SIKESTON MO 63801

FILED
Chris Daniel
District Clerk
MAY 13 2013

2013 MAY 13 PM 12:35
NO FEE FILING-C

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION
                                                              Time: _____
This instrument was filed on the 9th day of April, 2013, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 10th day of April, 2013, under my hand and
seal of said Court.

Issued at request of:                         CHRIS DANIEL, District Clerk
STERN, JEFFREY M.                           Harris County, Texas
4909 BISSONNET #100                       201 Caroline      Houston, Texas 77002
BELLAIRE, TX 77401                        (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 661-9900
Bar No.: 19175660                          GENERATED BY: SOLIS, ADILIANI A.    4BH/QGT/9542726

STATE OF _____
                                 OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to-wit:

| NAME | DATE | | | TIME | | PLACE |
|------|------|---|---|---|---|-------|
|      | MONTH | DAY | YEAR | HOUR | MIN | |
|      |      |   |   |   |   |       |
|      |      |   |   |   |   |       |
|      |      |   |   |   |   |       |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                                                                                    Affiant/Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                                                                    Notary Public

N.INT.SECN.P

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of Harris | 333rd Judicial District Court |

Case Number: 201320983

Plaintiff:
**GRACY VILLALOBOS, ET AL**
vs.
Defendant:
**JOEY STAPLETON, ET AL**

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2013 MAY 13 PM 12: 35
NO FEE FILING

For:
Jeffrey Stern
Stern Law Group
4909 Bissonnett, Suite 100
Bellaire, TX 77401

Received by THE HAWKINS AGENCY on the 19th day of April, 2013 at 3:23 pm to be served on **S & J TRANSPORTATION INC (DBA PTI POTASNICK TRANSPORTATION INC) BY DELIVERING TO THE TEXAS SECRETARY OF STATE, P.O. BOX 12079, AUSTIN, TX 78711-2079**.

I, Matt Miller, being duly sworn, depose and say that on the 25th day of April, 2013 at 10:23 am, I:

delivered a true copy of the **Citation, Plaintiff's Original Petition with Jury Demand and Request for Disclosure** to: S & J TRANSPORTATION INC (DBA PTI POTASNICK TRANSPORTATION INC) BY DELIVERING TO THE TEXAS SECRETARY OF STATE at the address of: P.O. BOX 12079, AUSTIN, TX 78711-2079, by Certified Mail Return Receipt Requested in compliance with state statutes.

I am an authorized private process server authorized by the Supreme Court of Texas. I am over the age of eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally acquainted with the facts herein stated in this Affidavit which are true and correct.

Subscribed and Sworn to before me on the 8th day of May, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Matt Miller**
SCH-9756    EXP: 6/30/15

THE HAWKINS AGENCY
P. O. Box 2601
Houston, TX 77252-2601
(281) 888-3991

Our Job Serial Number: THA-2013000793
Ref: 33601.01 GRACY VILLALOBOS

DOMINICK OSCAR HAWKINS, JR.
Notary Public, State of Texas
My Commission Expires
July 29, 2015

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w

| | | | | |
|---|---|---|---|---|
| English | Customer Service | USPS Mobile | | Register/Sign in |

# USPS.COM

Search USPS.com or Track Packages

## Track & Confirm

GET EMAIL UPDATES

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70091410000094727258 | First-Class Mail® | Delivered | April 25, 2013, 10:23 am | AUSTIN, TX 78711 | Expected Delivery By: April 26, 2013 Certified Mail Return Receipt |
| | | Arrival at Unit | April 25, 2013, 8:44 am | AUSTIN, TX 78711 | |
| | | Dispatched to Sort Facility | April 23, 2013, 8:15 pm | HOUSTON, TX 77201 | |
| | | Acceptance | April 23, 2013, 1:09 pm | HOUSTON, TX 77201 | |

### Check on Another Item

What's your label (or receipt) number?

Find

---

**LEGAL**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

**ON USPS.COM**
Government Services
Buy Stamps & Shop
Print a Label with Postage
Customer Service
Delivering Solutions to the Last Mile
Site Index

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
Mail Service Updates
Forms & Publications
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer

Copyright© 2013 USPS. All Rights Reserved.

---

SENDER: COMPLETE
■ Complete items
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to: S&J Transportation Inc.
(DBA PTI Polasnick Transportation Inc.)
c/o Texas Secretary of State
Attn: Citations Unit
P.O. Box # 12079
Austin, TX 78711-2079

X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

TASSICPA

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7009 1410 0000 9472 7258

PS Form 3811, February 2004   Domestic Return Receipt   13-793   102595-02-M-1540

https://tools.usps.com/go/TrackConfirmAction!execute.action?formattedLabel=70091410000094727258   5/7/2013

CAUSE NO. 201320983

RECEIPT NO. 18913      0.00         MTA
            04-09-2013          TR # 72894457

PLAINTIFF: VILLALOBOS, GRACY (INDIVIDUALLY AND A/N/F EMMANUEL                In The   333rd
    vs.                                                                      Judicial District Court
DEFENDANT: STAPLETON, JOEY                                                   of Harris County, Texas
                                                                             333RD DISTRICT COURT
                                                                             Houston, TX

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: STAPLETON, JOEY MAY BE SERVED BY AND THROUGH THE TEXAS TRANSPORTATION
    COMMISSION 125 EAST 11TH STREET AUSTIN TEXAS 78701-2483
    FORWARD TO:
    92 MOORE RD  JACKSON TN 38301           RECORDER'S MEMORANDUM
                                            This instrument is of poor quality
                                            at the time of imaging

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 9th day of April, 2013, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 10th day of April, 2013, under my hand and
seal of said Court.

Issued at request of:                       CHRIS DANIEL, District Clerk
STERN, JEFFREY M.                           Harris County, Texas
4909 BISSONNET #100                         201 Caroline     Houston, Texas 77002
BELLAIRE, TX 77401                          (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 661-9900
Bar No.: 19175660                           GENERATED BY: SOLIS, ADILIANI A.    4BH/QGT/9542726

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ / copy(ies) of the
                                                                                    Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

                                            _____ of _____ County, Texas

                                    By  _____
_____             Deputy
           Affiant

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                    _____
                                                    Notary Public

N.INT.HWY.P

## AFFIDAVIT OF SERVICE

State of Texas                County of Harris                333rd Judcial District Court

Case Number: 201320983

Plaintiff:
GRACY VILLALOBOS, ET AL

vs.

Defendant:
JOEY STAPLETON, ET AL

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY TEXAS
2013 MAY 13 PM 12:35
NO FEE FILING - C

For:
Jeffrey Stern
Stern Law Group
4909 Bissonnett, Suite 100
Bellaire, TX 77401

Received by THE HAWKINS AGENCY on the 19th day of April, 2013 at 3:20 pm to be served on JOEY STAPLETON BY DELIVERING TO THE TEXAS TRANSPORTATION COMMISSION, 125 EAST 11TH STREET, AUSTIN, TX 78701-2483.

I, Matt Miller, being duly sworn, depose and say that on the **25th day of April, 2013 at 7:22 am**, I:

delivered a true copy of the **Citation, Plaintiff's Original Petition with Jury Demand and Request for Disclosure** to: JOEY STAPLETON BY DELIVERING TO THE TEXAS TRANSPORTATION COMMISSION at the address of: **125 EAST 11TH STREET, AUSTIN, TX 78701-2483** by Certified Mail Return Receipt Requested in compliance with state statutes.

I am an authorized private process server authorized by the Supreme Court of Texas. I am over the age of eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally acquainted with the facts herein stated in this Affidavit which are true and correct.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Subscribed and Sworn to before me on the 8th day
of May, 2013 by the affiant who is personally known
to me.

NOTARY PUBLIC

Matt Miller
SCH-9756    EXP: 6/30/15

THE HAWKINS AGENCY
P. O. Box 2601
Houston, TX 77252-2601
(281) 888-3991

Our Job Serial Number: THA-2013000792
Ref: 33601.01 GRACY VILLALOBOS

DOMINICK OSCAR HAWKINS, JR.
Notary Public, State of Texas
My Commission Expires
July 29, 2015

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w



# The State of Texas




Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

April 29, 2013

S & J Potasnick Transportation Inc (DBA PTI
Potasnick Transportation Inc)
Any Officer, Agent, Representative, or Owner
411 Lynual Street
Sikeston, MO 63801

2013-226627-1
Include reference number in all correspondence

RE: Gracy Villalobos, Individually and A/N/F Emmanuel Villalobos, a Minor and Paula
Cantu vs. Joey Stapleton and S & J Potasnick Transportation, Inc. D/B/A PTI Potasnick
Transportation Inc.
333rd Judicial District Court Of Harris County, Texas
Cause No: 201320983

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt
requested, a copy of process received by the Secretary of State of the State of Texas on April
25, 2013.

CERTIFIED MAIL #71901046470100171960

Refer correspondence to:

Jeffrey M. Stern
Stern Law Group
4909 Bissonnet Street
Suite 100
Bellaire, TX 77401

Sincerely,

*Helen Lupercio*

Helen Lupercio
Team Leader, Service of Process
CT/ls
Enclosure