IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRACY VILLALOBOS, INDIVIDUALLY AND A/N/F E.V., A MINOR and PAULA CANTU<br>*Plaintiffs*<br><br>V.<br><br>JOEY STAPLETON and S & J POTASHNICK TRANSPORTATION INC. D/B/A PTI POTASHNICK TRANSPORTATION, INC.<br>*Defendants* | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:13-CV-01409<br>JURY |

## **ORDER APPROVING SETTLEMENT AND OF DISMISSAL**

BE IT REMEMBERED that on this 12 day of June, 2014, came on to be heard and considered the parties' Agreed Motion for Approval of Settlement and of Dismissal in the above entitled and numbered cause, and after considering the Motion and that the consideration of such settlement had been paid in full, and the parties having agreed that this case should be dismissed against Defendants, JOEY STAPLETON and S & J POTASHNICK TRANSPORTATION INC. D/B/A PTI POTASHNICK TRANSPORTATION, INC.; it is accordingly;

ORDERED, ADJUDGED AND DECREED that the Parties' Agreed Motion for Approval of Settlement and of Dismissal is well taken and the claims of the Plaintiffs, Gracy Villalobos, Individually and Paula Cantu are hereby dismissed with prejudice and the claims of Gracy Villalobos, as next friend of E.V. are dismissed without prejudice to re-filing.

Costs of Court to abide as incurred.

SIGNED this 12th day of June, 2014.

_____
Nancy F. Atlas
United States District Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

**LEUNES LAW FIRM, P.C.**

_____
Christopher C. LeUnes
SBN: 00787900
12810 Telge Road, Suite 100
Cypress, Texas 77429
Tel:   832.620.2874
Fax:   866.941.4958
ATTORNEYS FOR DEFENDANTS

**STERN LAW GROUP**

_____
David Valetutto
SBN: 00786453
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401
Tel: 713-661-9900
Fax: 713-666-5922
ATTORNEYS FOR PLAINTIFFS